# United States District Court
# Eastern District of California

NICHOLAS SHIRLEY

Plaintiff(s)

V.

ROBERT BONTA; and SHIRLEY N. WEBER

Defendant(s)

Case Number: 2:26-cv-03000-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Crystal Carolyn Clanton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nicholas Shirley

On 09/23/2022 (date), I was admitted to practice and presently in good standing in the State of Alabama (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/08/2026 Signature of Applicant: /s/ Crystal Clanton

**Pro Hac Vice Attorney**

Applicant's Name: Crystal Carolyn Clanton

Law Firm Name: America First Legal Foundation

Address: 611 Pennsylvania Ave SE

#231

City: Washington State: DC Zip: 20003

Phone Number w/Area Code: (202) 505-9131

City and State of Residence: Arlington, VA

Primary E-mail Address: crystal.clanton@aflegal.org

Secondary E-mail Address: crystal.clanton@ecf.courtdrive.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John W. Howard

Law Firm Name: JW HOWARD / ATTORNEYS, LTD.

Address: 600 West Broadway

Suite 1400

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-2842 Bar # 80200

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ________________

____________________________
JUDGE, U.S. DISTRICT COURT

# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify* ***Crystal Carolyn Clanton*** *has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that* ***Crystal Carolyn Clanton*** *was admitted to the Alabama State Bar on September 23, 2022.*

*I further certify that said* ***Crystal Carolyn Clanton*** *is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2026.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on September 02, 2026.*

Terri B. Lovell, Secretary