# United States District Court
# Eastern District of California

NICHOLAS SHIRLEY

Plaintiff(s)

V.

ROBERT BONTA; and SHIRLEY N. WEBER

Defendant(s)

Case Number: 2:26-cv-03000-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Rogers hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nicholas Shirley

On 10/29/2009 (date), I was admitted to practice and presently in good standing in the State of Arizona (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/04/2026

Signature of Applicant: /s/ James Rogers

**Pro Hac Vice Attorney**

Applicant's Name: James Rogers

Law Firm Name: America First Legal Foundation

Address: 611 Pennsylvania Ave SE

#231

City: Washington State: DC Zip: 20003

Phone Number w/Area Code: (623) 335-7771

City and State of Residence: Mesa, AZ

Primary E-mail Address: james.rogers@aflegal.org

Secondary E-mail Address: james.rogers@ecf.courtdrive.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John W. Howard

Law Firm Name: JW HOWARD / ATTORNEYS, LTD.

Address: 600 West Broadway

Suite 1400

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-2842 Bar # 80200

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ________________

________________________________
JUDGE, U.S. DISTRICT COURT

STATE BAR OF ARIZONA

September 3, 2026

James Rogers
james.rogers@cantab.net
SENT VIA ELECTRONIC MAIL ONLY

**RE: James Rogers.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

| | |
|---|---|
| Admitted in Arizona: | October 29, 2009. |
| Current Membership Status: | Active, in good standing. |

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Frannie Barrientos*

Resource Center

STATE BAR OF ARIZONA

4201 N. 24th Street Suite 100 Phoenix, AZ 85016-6266
PH: 602-252-4804 FAX: 602-271-4930 WEB: www.azbar.org