United States District Court
Eastern District of California

NICHOLAS SHIRLEY
Plaintiff(s)

V.

ROBERT BONTA; and SHIRLEY N. WEBER
Defendant(s)

Case Number: 2:26-cv-03000-JAM-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nicholas Ryan Barry hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Nicholas Shirley

On 11/05/2013 (date), I was admitted to practice and presently in good standing in the State of Tennessee (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/08/2026

Signature of Applicant: /s/ Nicholas R. Barry

**Pro Hac Vice Attorney**

Applicant's Name: Nicholas Ryan Barry

Law Firm Name: America First Legal Foundation

Address: 611 Pennsylvania Ave SE

#231

City: Washington State: DC Zip: 20003

Phone Number w/Area Code: (615) 431-9303

City and State of Residence: Greenbrier, TN

Primary E-mail Address: nicholas.barry@aflegal.org

Secondary E-mail Address: nicholas.barry@ecf.courtdrive.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John W. Howard

Law Firm Name: JW HOWARD / ATTORNEYS, LTD.

Address: 600 West Broadway

Suite 1400

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-2842 Bar # 80200

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ____________________

JUDGE, U.S. DISTRICT COURT

# *Supreme Court of Tennessee*

# *Certificate of Good Standing*

*I, J. Scott Griswold, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

*Nicholas Ryan Barry*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on November 5, 2013, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 3rd day of September, 2026.*

SEAL OF THE TENNESSEE JUDICIARY
FIAT JUSTITIA RUAT COELUM
1796

*J. Scott Griswold*
*Clerk of the Supreme Court of Tennessee*

*By:* Kim Meador, D.C.
*Kim Meador, D.C.*