United States District Court
Eastern District of California

NICHOLAS SHIRELY
Plaintiff(s)

V.

ROBERT BONTA; and SHIRLEY N. WEBER
Defendant(s)

Case Number: 2:26-cv-03000-JAM-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Reed D. Rubinstein hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Nicholas Shirley

On 06/25/1986 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/08/2026 Signature of Applicant: /s/ Reed Darrow Rubinstein

**Pro Hac Vice Attorney**

Applicant's Name: Reed D. Rubinstein

Law Firm Name: America First Legal Foundation

Address: 611 Pennsylvania Ave SE

#231

City: Washington State: DC Zip: 20003

Phone Number w/Area Code: (202) 792-8680

City and State of Residence: Silver Spring, MD

Primary E-mail Address: reed.rubinstein@aflegal.org

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John W. Howard

Law Firm Name: JW HOWARD / ATTORNEYS, LTD.

Address: 600 West Broadway

Suite 1400

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-2842 Bar # 80200

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: ______________________

______________________________
JUDGE, U.S. DISTRICT COURT

*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Reed D Rubinstein*

*was duly qualified and admitted on June 25, 1986 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,***
***I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 03, 2026.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***