# United States District Court
# Eastern District of California

Nicholas Shirley

Plaintiff(s)

V.

Robert Bonta et al.

Defendant(s)

Case Number: 2:26-cv-03000-JAM-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan F. Mitchell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Nicholas Shirley

On 12/09/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 09/11/2026 Signature of Applicant: /s/ Jonathan F. Mitchell

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan F. Mitchell

Law Firm Name: Mitchell Law PLLC

Address: 111 Congress Avenue, Suite 400

City: Austin State: TX Zip: 78701

Phone Number w/Area Code: (512) 686-3940

City and State of Residence: Everett, WA

Primary E-mail Address: jonathan@mitchell.law

Secondary E-mail Address: jonathan@mitchell.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John W. Howard

Law Firm Name: JW Howard / Attorneys, Ltd.

Address: 600 West Broadway, Suite 1400

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-2842 Bar # 80200

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 22, 2026

Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT