ROB BONTA
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
KRISTIN A. LISKA, State Bar No. 315994
DERIN MCLEOD, State Bar No. 345256
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 229-0123
Fax: (415) 703-5480
E-mail: Derin.McLeod@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NICHOLAS SHIRLEY,**<br>Plaintiff,<br>**v.**<br>**ROBERT BONTA, in his official capacity as California Attorney General; and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,**<br>Defendants. | Case No. 2:26-cv-03000-DJC-AC<br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION**<br>Courtroom: 7, 14th floor<br>Judge: Hon. Daniel J. Calabretta<br>Action Filed: September 4, 2026 |

This stipulation is entered into by and between Plaintiff Nicholas Shirley ("Plaintiff") and Defendants Attorney General Rob Bonta and Secretary of State Shirley Weber ("Defendants," collectively the "parties") by and through their respective counsel.

WHEREAS,

1. Plaintiff filed this action on September 4, 2026.

2. Plaintiff served the Attorney General with process on September 10, 2026. The Attorney General's deadline to respond to the complaint is currently October 1, 2026.

3. Plaintiff served the Secretary of State with process on September 17, 2026. The Secretary of State's deadline to respond to the complaint is currently October 8, 2026.

4. On September 15, 2026, September 19, 2026, and September 21, 2026, counsel met and conferred by email regarding a briefing schedule for Defendants' anticipated motion to dismiss.

5. On September 22, 2026, counsel for Plaintiff informed counsel for Defendants that Plaintiff intended to file a motion for preliminary injunction, and counsel met and conferred by email on September 22, 2026 and September 23, 2026 regarding an extension of time for Defendants to respond to the complaint and a briefing schedule for Defendants' anticipated motion for preliminary injunction.

6. On September 24, 2026, counsel met and conferred by videoconference regarding a briefing schedule for Plaintiff's anticipated motion for preliminary injunction, regarding an extension of Defendants' time to respond to the complaint, and regarding Plaintiff's anticipated motion for preliminary injunction.

7. There is currently no discovery cutoff date, last date for hearing motions, pretrial conference date, or trial date.

8. In light of Plaintiff's intent to file a motion for preliminary injunction, the parties agreed to extend the time for all Defendants to respond to the complaint until 30 days after the Court rules on the forthcoming motion for a preliminary injunction and the deadline for a joint status report, including a Rule 26(f) discovery plan, until 60 days after the Court rules on the forthcoming motion for preliminary injunction. The extensions of

time will permit the Court and the parties to focus on the forthcoming motion for preliminary injunction, preserve judicial resources and the resources of the parties, and aid the efficient resolution of this matter.

9. There have not been any prior requests for extensions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Plaintiff shall file his motion for preliminary injunction on or before Wednesday, October 1, 2026.

2. Defendants shall file their opposition to Plaintiff's motion on or before Wednesday, November 4, 2026.

3. Plaintiff shall file his reply in support of their motion on or before Friday, November 20, 2026.

4. Counsel for Plaintiff has reserved a hearing on the motion on Thursday, December 17, 2026.

5. Defendants' responses to the complaint shall be due 30 days after this Court issues its ruling on Plaintiff's forthcoming motion for preliminary injunction.

6. The parties' joint status report, including a Rule 26(f) discovery plan, shall be due 60 days after this Court issues its ruling on Plaintiffs' forthcoming motion for preliminary injunction.

Dated: September 25, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General

*/s/ Derin McLeod*
DERIN MCLEOD
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 25, 2026

JW HOWARD/ ATTORNEYS, LTD.
JOHN W. HOWARD
SCOTT J. STREET
PETER C. SHELLING

AMERICA FIRST LEGAL FOUNDATION
GENE P. HAMILTON
REED D. RUBINSTEIN
NICHOLAS R. BARRY
IAN D. PRIOR
JAMES K. ROGERS
EMILY C. PERCIVAL
CRYSTAL C. CLANTON

MITCHELL LAW PLLC
JONATHAN F. MITCHELL

ALEX KOZINSKI

*/s/ John W. Howard*
JOHN W. HOWARD
*Attorneys for Plaintiff*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: September 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE