Gene P. Hamilton, *pro hac vice*
gene.hamilton@aflegal.org
Reed D. Rubinstein, *pro hac vice*
reed.rubinstein@aflegal.org
Nicholas R. Barry, *pro hac vice*
nick.barry@aflegal.org
Ian D. Prior, *pro hac vice*
ian.prior@aflegal.org
James K. Rogers, *pro hac vice**
james.rogers@aflegal.org
Emily C. Percival, *pro hac vice**
emily.percival@aflegal.org
Crystal C. Clanton, *pro hac vice*
crystal.clanton@aflegal.org

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721

Jonathan F. Mitchell, *pro hac vice**
jonathan@mitchell.law

MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940

*Application pending

John W. Howard, SBN 80200
johnh@jwhowardattorneys.com
Scott J. Street, SBN 258962
sstreet@jwhowardattorneys.com
Peter C. Shelling, SBN 351159
pshelling@jwhowardattorneys.com

JW HOWARD / ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 234-2842

Alex Kozinski, SBN 66473
alex@kozinski.com
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Phone: (310) 541-5885

*Attorneys for Plaintiff Nicholas Shirley*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

NICHOLAS SHIRLEY,

*Plaintiff,*

v.

ROBERT BONTA, in his official capacity as California Attorney General; and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,

*Defendants.*

Case No. 2:26-cv-3000-DJC-AC

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

**Date:** December 17, 2026
**Time:** 1:30 PM
**Courtroom:** 7 (14th Floor)
**Judge:** Hon. Daniel J. Calabretta

## NOTICE

PLEASE TAKE NOTICE THAT on December 17, 2026 at 1:30 PM, in the courtroom of the Honorable Daniel J. Calabretta, at the United States District Court Eastern District of California, located at 501 I Street, Sacramento, California 95814, Plaintiff Nicholas Shirley will, and hereby does, move the Court for a preliminary injunction to enjoin Defendants Robert Bonta and Shirley Weber from implementing, administering, and enforcing California Assembly Bill 2624 ("AB 2624").

## MOTION

For the reasons set forth in the accompanying Memorandum of Points and Authorities and as detailed in the accompanying Proposed Order, Mr. Shirley respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction enjoining Defendants from implementing, administering, and enforcing AB 2624.

AB 2624 was enacted on August 22, 2026, when California Governor Gavin Newsom signed the amended bill passed by the Legislature. Although the law does not take effect until October 1, 2027, its effects are already felt by Mr. Shirley and others engaged in investigative journalism. As explained in the accompanying Memorandum of Points and Authorities, AB 2624 violates Mr. Shirley's First Amendment right to free speech, the Fourteenth Amendment's guarantee of due process, and the Constitution's prohibition on ex post facto laws.

Because Mr. Shirley is likely to succeed on the merits, will suffer irreparable harm absent relief, and because the balance of equities and the public interest favor an injunction, Mr. Shirley respectfully requests that the Court:

A. Enjoin Defendant Bonta, and his employees, agents, servants, officers, and all persons acting in concert or participation with him, including any attorneys or other state officials acting under his direction or authority, from initiating, authorizing, or pursuing any criminal prosecution under AB 2624 and require Defendant Bonta, to the fullest extent permitted by law, to take all steps within his authority to prevent any such prosecution by the California Attorney

General's Office or other state attorneys acting under his authority or direction.

B. Enjoin Defendant Weber, and her employees, agents, servants, officers, and all persons acting in concert or participation with her, from designating any addresses, certifying any program participants, or otherwise implementing or administering any provision AB 2624, and require Defendant Weber, to the fullest extent permitted by law, to take all steps within her authority to prevent or halt such designation, certification, implementation, or administration by the California Department of Justice or any state official or employee acting under her authority or direction.

C. Waive the bond requirement under Federal Rule 65(c).

Mr. Shirley's counsel conferred with counsel for Defendants on September 24, 2026. The conferral was cordial and productive, but the parties were unable to resolve the issues presented by this motion. Defendants' counsel advised that Defendants will oppose the motion.

Mr. Shirley respectfully requests the opportunity to present twenty minutes of oral testimony in support of this motion.

Respectfully submitted,

DATED: October 1, 2026

*/s/ John W. Howard*

Gene P. Hamilton, *pro hac vice*
gene.hamilton@aflegal.org
Reed D. Rubinstein, *pro hac vice*
reed.rubinstein@aflegal.org
Nicholas R. Barry, *pro hac vice*
nick.barry@aflegal.org
Ian D. Prior, *pro hac vice*
ian.prior@aflegal.org
James K. Rogers, *pro hac vice**
james.rogers@aflegal.org
Emily C. Percival, *pro hac vice**
emily.percival@aflegal.org
Crystal C. Clanton, *pro hac vice*
crystal.clanton@aflegal.org

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003

John W. Howard, SBN 80200
johnh@jwhowardattorneys.com
Scott J. Street, SBN 258962
sstreet@jwhowardattorneys.com
Peter C. Shelling, SBN 351159
pshelling@jwhowardattorneys.com

JW HOWARD / ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 234-2842

Alex Kozinski, SBN 66473
alex@kozinski.com
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Phone: (310) 541-5885

Phone: (202) 964-3721

Jonathan F. Mitchell, *pro hac vice*
jonathan@mitchell.law

MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940

*Application pending

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 1, 2026, I electronically filed **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 1, 2026 at San Diego, California.

*/s/ Dayna Dang*
Dayna Dang, Paralegal
dayna@jwhowardattorneys.com