Gene P. Hamilton, *pro hac vice*
gene.hamilton@aflegal.org
Reed D. Rubinstein, *pro hac vice*
reed.rubinstein@aflegal.org
Nicholas R. Barry, *pro hac vice*
nick.barry@aflegal.org
Ian D. Prior, *pro hac vice*
ian.prior@aflegal.org
James K. Rogers, *pro hac vice**
james.rogers@aflegal.org
Emily C. Percival, *pro hac vice**
emily.percival@aflegal.org
Crystal C. Clanton, *pro hac vice*
crystal.clanton@aflegal.org

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721

Jonathan F. Mitchell, *pro hac vice*
jonathan@mitchell.law

MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940

*Application pending

John W. Howard, SBN 80200
johnh@jwhowardattorneys.com
Scott J. Street, SBN 258962
sstreet@jwhowardattorneys.com
Peter C. Shelling, SBN 351159
pshelling@jwhowardattorneys.com

JW HOWARD / ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 234-2842

Alex Kozinski, SBN 66473
alex@kozinski.com
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Phone: (310) 541-5885

*Attorneys for Plaintiff Nicholas Shirley*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

NICHOLAS SHIRLEY,

*Plaintiff,*

v.

ROBERT BONTA, in his official capacity as California Attorney General; and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,

*Defendants.*

Case No. 2:26-cv-3000-DJC-AC

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

**Date:** December 17, 2026
**Time:** 1:30 PM
**Courtroom:** 7 (14th Floor)
**Judge: Hon. Daniel J. Calabretta**

**[PROPOSED] ORDER**

Plaintiff Nicholas Shirley's Motion for a Preliminary Injunction was filed before this Court on October 1, 2026. Having read the applicable papers, and having heard from the Parties' counsel, the Court finds that Mr. Shirley has met his burden for a preliminary injunction enjoining Defendants from implementing, administering, and enforcing California Assembly Bill 2624 ("AB 2624"). Plaintiff's Motion for a Preliminary Injunction is **GRANTED**.

**THEREFORE, IT IS ORDERED:**

A. Defendant Bonta, and his employees, agents, servants, officers, and all persons acting in concert or participation with him, including any attorneys or other state officials acting under his direction or authority, are **ENJOINED** from initiating, authorizing, or pursuing any criminal prosecution under AB 2624. Defendant Bonta must, to the fullest extent permitted by law, take all steps within his authority to prevent any such prosecution by the California Attorney General's Office or other state attorneys acting under his authority or direction.

B. Defendant Weber, and her employees, agents, servants, officers, and all persons acting in concert or participation with her, are **ENJOINED** from designating any addresses, certifying any program participants, or otherwise implementing or administering any provision AB 2624. Defendant Weber must, to the fullest extent permitted by law, take all steps within her authority to prevent or halt such designation, certification, implementation, or administration by the California Department of Justice or any state official or employee acting under her authority or direction.

C. The bond requirement under Federal Rule 65(c) is waived because Mr. Shirley asserts First Amendment claims that have a high probability of success on the merits, the costs and monetary damages from granting this Preliminary Injunction are likely to be insignificant, and Mr. Shirley brings his claim to protect constitutional rights that serve the public interest.

Dated: ________________

________________________________
The Honorable Daniel J. Calabretta
United States District Judge

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed by JW Howard/Attorneys, LTD. in the County of San Diego, State of California. My business address is 600 West Broadway, Suite 1400, San Diego, California 92101.

On October 1, 2026, I electronically filed **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** and served the documents using the Court's Electronic CM/ECF Service which will send electronic notification of such filing to all registered counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 1, 2026 at San Diego, California.

*/s/ Dayna Dang*

Dayna Dang, Paralegal
dayna@jwhowardattorneys.com