Gene P. Hamilton, *pro hac vice*
gene.hamilton@aflegal.org
Reed D. Rubinstein, *pro hac vice*
reed.rubinstein@aflegal.org
Nicholas R. Barry, *pro hac vice*
nick.barry@aflegal.org
Ian D. Prior, *pro hac vice*
ian.prior@aflegal.org
James K. Rogers, *pro hac vice*
james.rogers@aflegal.org
Emily C. Percival, *pro hac vice*
emily.percival@aflegal.org
Crystal C. Clanton, *pro hac vice*
crystal.clanton@aflegal.org

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721

Jonathan F. Mitchell, *pro hac vice*
jonathan@mitchell.law

MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940

John W. Howard, SBN 80200
johnh@jwhowardattorneys.com
Scott J. Street, SBN 258962
sstreet@jwhowardattorneys.com
Peter C. Shelling, SBN 351159
pshelling@jwhowardattorneys.com

JW HOWARD / ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 234-2842

Alex Kozinski, SBN 66473
alex@kozinski.com
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Phone: (310) 541-5885

*Attorneys for Plaintiff Nicholas Shirley*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

NICHOLAS SHIRLEY,

*Plaintiff,*

v.

ROBERT BONTA, in his official capacity as California Attorney General; and SHIRLEY N. WEBER, in her official capacity as California Secretary of State,

*Defendants.*

Case No. 2:26-cv-3000-DJC-AC

**NOTICE OF RELATED CASE**
**(E.D. Cal. L.R. 123)**

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL:

Plaintiff Nicholas Shirley, through his undersigned counsel, hereby gives notice that the above-captioned action may be related, within the meaning of Eastern District of California Local Rule 123, to the now-closed matter of *Chad Creel v. Rob Bonta, et al.*, Case No. 2:26-cv-2111-DC-CSK.

The matters may be related because they "involve the same property, transaction, or event." *See* L.R. 123(a)(2). The plaintiff in *Creel v. Bonta* sued Rob Bonta, in his official capacity as Attorney General of California, Shirley N. Weber, in her official capacity as California Secretary of State, and other defendants, seeking declaratory and injunctive relief related to the enforcement of California Assembly Bill 2624 ("AB 2624"). *See Creel v. Bonta*, No. 2:26-cv-2111 (E.D. Cal. 2026), ECF No. 1. The *Creel* action was filed before AB 2624 became law and was dismissed for lack of subject-matter jurisdiction because the challenged legislation had not yet become law. *Id.*, ECF No. 6, 8. The dismissal is currently pending before the U.S. Court of Appeals for the Ninth Circuit. *Id.*, ECF No. 9. Plaintiff's counsel were not aware of *Creel v. Bonta* when they filed their complaint; they first became aware of it late last week.

Reassignment of this action is not "likely to effect a savings of judicial effort and other economies" and would likely delay the proceedings and cause duplication of effort, given that hearings are already scheduled and a scheduling order is in place. *See* L.R. 123(b). Although the two actions concern similar subject matter, the *Creel* action did not result in an adjudication on the merits of the issues presented here. Accordingly, proceeding without reassignment would not "entail substantial duplication of labor." L.R. 123(a)(4).

DATED: November 5, 2026

Respectfully submitted,

/s/ John W. Howard, Peter C. Shelling

Gene P. Hamilton, *pro hac vice*
gene.hamilton@aflegal.org
Reed D. Rubinstein, *pro hac vice*
reed.rubinstein@aflegal.org
Nicholas R. Barry, *pro hac vice*
nick.barry@aflegal.org
Ian D. Prior, *pro hac vice*
ian.prior@aflegal.org

John W. Howard, SBN 80200
johnh@jwhowardattorneys.com
Scott J. Street, SBN 258962
sstreet@jwhowardattorneys.com
Peter C. Shelling, SBN 351159
pshelling@jwhowardattorneys.com

James K. Rogers, *pro hac vice*
james.rogers@aflegal.org
Emily C. Percival, *pro hac vice*
emily.percival@aflegal.org
Crystal C. Clanton, *pro hac vice*
crystal.clanton@aflegal.org

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721

Jonathan F. Mitchell, *pro hac vice*
jonathan@mitchell.law

MITCHELL LAW PLLC
111 Congress Avenue, Suite 400
Austin, TX 78701
Phone: (512) 686-3940

JW HOWARD / ATTORNEYS, LTD.
600 West Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 234-2842

Alex Kozinski, SBN 66473
alex@kozinski.com
33 Marguerite Drive
Rancho Palos Verdes, CA 90275
Phone: (310) 541-5885

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

*/s/ Peter C. Shelling*
Peter C. Shelling